## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:

CASE NO. 21-50087

GOBLE CANTRELL, JR.
JONI LYN FERGUSON

CHAPTER 7

DEBTORS

## RESCISSION OF REAFFIRMATION
## AGREEMENT WITH CARVANA LLC

The Debtor, Joni Lyn Ferguson, by and through counsel, hereby rescinds the Reaffirmation Agreement that she signed with Carvana LLC on March 9, 2021.  Carvana LLC has a lien on a 2018 Jeep Renegade.  The executed Reaffirmation Agreement was filed on March 18, 2021 [Document No. 13].  The Debtor, Joni Lyn Ferguson, is hereby giving notice that she is rescinding this Reaffirmation Agreement with Carvana LLC.

ATKINSON, SIMMS & KERMODE, PLLC

By:    /s/Ryan R. Atkinson
RYAN R. ATKINSON, Bar No. 86501
1608 Harrodsburg Road
Lexington, KY 40504
Phone:  (859) 225-1745
Fax:  (859) 254-2012
Email:  rra@ask-law.com
COUNSEL FOR DEBTORS

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and accurate copy of the foregoing Rescission was served on this the 26th day of March, 2021 by first class U.S. mail and/or electronically via CM/ECF upon:

Carvana LLC
ATTN:  Maria Mendez
P.O. Box 29018
Phoenix, AZ  85038

<u>/s/Ryan R. Atkinson</u>
RYAN R. ATKINSON
COUNSEL FOR DEBTORS