**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 21-50087 |
| Goble Cantrell, Jr. | |
| Joni Lyn Ferguson | Chapter 7 |
|   *fka* Joni L. Cantrell | |
| Debtor(s). | Judge Tracey N. Wise |

**MOTION FOR ABANDONMENT OF PROPERTY KNOWN AS A 2018 JEEP RENEGADE - VIN ZACCJBAB1JPH48466**

The Creditor, Carvana, LLC ("Movant"), hereby moves the Court, pursuant to 11 USC §554 to direct the Trustee to abandon from the estate the personal property known as a 2018 JEEP RENEGADE - VIN ZACCJBAB1JPH48466 so that Movant may enforce its lien against the Debtors as hereinafter described.

**MEMORANDUM IN SUPPORT OF MOTION FOR ABANDONMENT**

1. The Debtors filed a Chapter 7 case on January 27, 2021 – referred to as the 'Petition Date.'

2. The Trustee of the estate of the debtors in this case is James D. Lyon.

3. Movant has a claim in this case in the amount of $18,153.88 plus 20.40% interest per annum. This claim is secured by a security interest in the following collateral: 2018 JEEP RENEGADE - VIN ZACCJBAB1JPH48466 (the "Property"), which is more fully described in the contract and title which is attached to the Proof of Claim.

4. A copy of the Proof of Claim filed in this case by Movant, along with copies of all relevant supporting documents establishing the Movant's perfected security interest in the above-described collateral, is attached hereto.

5. The monthly payments due for January 2021 through current remain unpaid. There is currently due the unpaid principal balance of $16,544.27 plus interest, fees and other charges.

6. **Debtors' have surrendered the property and Movant has been in possession since April 23, 2021.**

7. The value of the Property is $15,600.00 according to the NADA Official Used Car Guide.

8. The Property is burdensome to the estate or is of inconsequential value and benefit to the estate. The debtors have no equity in the collateral.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order granting Abandonment to permit Movant to enforce its rights on the property herein described and for other such relief as may be just.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

## **NOTICE**

Please take notice that parties in interest shall have fourteen (14) days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response if timely filed, the order filed contemporaneously with this motion may be entered by the Court without a hearing on the motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on May 7, 2021.

**By Notice of Electronic Filing to:**

    Ryan R. Atkinson, Debtors' Counsel
    rra@ask-law.com

    James D. Lyon, Trustee
    jdlyonlaw@aol.com

    Office of the U.S. Trustee
    ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

    Goble Cantrell, Jr., Debtor
    1737 N Broadway
    Lexington, KY 40505-1403

    Joni Lyn Ferguson, Debtor
    107 Copper Kettle Path
    Georgetown, KY 40324-1277

    All Creditors on Attached Matrix

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (97962)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Movant